

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com

**Coughlin Duffy LLP**

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

MARK S. HANNA, ESQ.
DIRECT DIAL: (973) 631-6047
EMAIL: MHANNA@COUGHLINDUFFY.COM

March 23, 2016

**VIA ECM/CF AND REGULAR MAIL**
Honorable Leda Dunn Wettre, U.S.M.J
Martin Luther King Building & U.S. Courthouse
Courtroom MLK 4A
50 Walnut Street
Newark, NJ 07101

Re: Zelma, Richard v. Ecker, Lloyd, et al.
Case No.: 2:15-cv-08681-MCA-LDW
Our File No.: E4970-00001

Dear Judge Wettre:

We represent the defendants, Lloyd Ecker, and All About the Baby, LLC, (collectively, "Defendants") in the above-referenced matter. We write to advise the Court that the above-captioned matter has settled. A copy of a stipulation of dismissal signed by our adversary, Richard Zelma, *pro se*, as well as the undersigned, is attached hereto and is being electronically filed with the Court, along with a Certification of Service.

As the matter has now been resolved, we respectfully ask for cancellation of the May 5, 2016 settlement conference that was previously scheduled by the Court.

Respectfully submitted,
COUGHLIN DUFFY LLP

*/S/ MARK S. HANNA*

Mark S. Hanna

MSH

cc: Richard Zelma, *pro se* (Via E-Mail)

*1199942_1*